IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DAVID CLARENCE DAVIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | 5:05-CV-179 (DF) |
| | : | |
| **HILTON HALL, MR. PERRY,** | : | |
| **MR. HILL, COUNSELOR** | : | |
| **COLEMAN, MR. HARPER,** | : | |
| **LIEUTENANT CHATMAN,** | : | |
| **LIEUTENANT MELVIN,** | : | |
| **CAPTAIN IVEY, MS. SPIKES,** | : | |
| **DR. DAVIS, NURSE BRAGG,** | : | |
| **NURSE PARKER, DR.** | : | |
| **BLANCHARD, NURSE MACKEY,** | : | |
| **CORRECTIONAL OFFICER** | : | |
| **FREEMAN, CORRECTIONAL** | : | |
| **OFFICER ROBINSON, AUGUSTA** | : | |
| **MEDICAL COLLEGE** | : | |
| **MEDICAL DIRECTOR,** | : | |
| | : | |
| **Defendants.** | : | |

## O R D E R

This order hereby adopts and incorporates the Recommendation that United

States Magistrate Judge Claude W. Hicks, Jr. entered in this case on January 24, 2006

1

(doc. 15). Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (doc. 2) is hereby **DENIED**. Plaintiff's Motions For Leave To Appeal (docs. 12, 13) are also **DENIED** because they were prematurely filed. Finally, the Court finds that, because Plaintiff sought only injunctive relief against prison officials at Macon State Prison and Augusta Medical Facility, and because Plaintiff is now incarcerated at Autry State Prison, Plaintiff's allegations have become moot. *McKinnon v. Talladega County*, 745 F.2d 1360, 1363 (11th Cir. 1984). Thus, the Court hereby ORDERS that this action be **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED, this 8th day of March, 2006.

                                 **/s/ C. Ashley Royal**
                                 C. ASHLEY ROYAL, JUDGE
                                 UNITED STATES DISTRICT COURT

CAR/jab